FILED US District Court-UT
MAY 05 '21 PM 01:15

ANDREA T. MARTINEZ, Acting United States Attorney (#9313)
MICHAEL KENNEDY, Assistant United States Attorney (#8759)
Attorneys for the United States of America
111 South Main Street, Suite 1800 • Salt Lake City, Utah 84111
Telephone: (801) 524-5682 • Fax: (801) 524-3399
email: michael.kennedy@usdoj.gov

**SEALED**

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| UNITED STATES OF AMERICA, Plaintiff, vs. HOWARD JOHN WAKEFIELD, III, Defendant. | INDICTMENT<br><br>VIOS.:<br>18 U.S.C. § 2199, Stowaways; (Count 1)<br>49 U.S.C. § 46504, Interference with a Flight Crew (Count 2)<br><br>Case: 2:21-cr-00201<br>Assigned To : Sam, David<br>Assign. Date : 5/5/2021 |
|---|---|

The Grand Jury charges:

### COUNT 1
18 U.S.C. § 2199
(Stowaways on Vessels or Aircraft)

On or about November 15, 2020, in the District of Utah and elsewhere,

HOWARD JOHN WAKEFIELD, III,

the Defendant herein, without the consent of the owner or person in command of

an aircraft, and with the intent to obtain transportation, did board and enter such

aircraft and was thereon at the time of departure of said aircraft from an airport within the jurisdiction of the United States, all in violation of 18 U.S.C. § 2199.

**COUNT 2**
49 U.S.C. § 46504
(Interference with a Flight Crew)

On or about November 15, 2020, in the District of Utah and elsewhere,

HOWARD JOHN WAKEFIELD, III,

the Defendant herein, in the special aircraft jurisdiction of the United States as defined in 49 U.S.C. § 46501(2), did assault and intimidate flight attendants and crew members of an aircraft, thereby interfering with the performance of the duties of the flight attendants and crew members and lessening the ability of the flight attendants and crew members to perform those duties, all in violation of and punishable under 49 U.S.C. § 46504.

A TRUE BILL:

_____
FOREPERSON OF GRAND JURY

ANDREA T. MARTINEZ
ACTING UNITED STATES ATTORNEY

_____
MICHAEL KENNEDY
Assistant United States Attorney

2